1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant FRED LEON WIGGINS
6

**FILED**

NOV 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-4 06 70688 WDB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. ) | |
| FRED LEON WIGGINS, ) | |
| Defendant. ) | |

    Fred Leon Wiggins presently is residing at Cornell Corrections' San Francisco facility. He is fully compliant with his release conditions.

    Mr. Wiggins desires to spend the Thanksgiving holiday with family and friends in Bay Point, California. IT IS THEREFORE STIPULATED AND AGREED that Mr. Wiggins's release conditions be modified to permit him to leave Cornell Corrections on Thursday, November 23, 2006 and return to Cornell Corrections before noon on Friday, November 24, 2006. Mr. Wiggins shall reside at 2030 Weldon Lane, Bay Point, California, and shall abide by whatever other conditions Pretrial Services deems appropriate.

STIP/ORD                             1

| | | |
|---|---|---|
| 1 | Dated: November 21, 2006 | /S/ |
| 2 | | GARTH HIRE |
| | | Assistant United States Attorney |
| 3 | | |
| 4 | Dated: November 21, 2006 | /S/ |
| 5 | | JEROME E. MATTHEWS |
| | | Assistant Federal Public Defender |
| 6 | Dated: | /S/ |
| 7 | | VICTORIA GIBSON |
| | | U.S. Pretrial Services Officer |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that FRED LEON WIGGINS's release conditions be modified to permit him to leave Cornell Corrections on Thursday, November 23, 2006 and return to Cornell Corrections before noon on Friday, November 24, 2006. Mr. Wiggins shall reside at 2030 Weldon Lane, Bay Point, California. All other conditions of Mr. Wiggins's release shall remain in force, and he shall abide by whatever further conditions Pretrial Services deems appropriate.

Dated: November 22, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                    2