1 | BARRY J. PORTMAN
    Federal Public Defender
2 | JEROME E. MATTHEWS
    Assistant Federal Public Defender
3 | 555 - 12th Street
    Suite 650
4 | Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5 |
6 | Counsel for Defendant WIGGINS

**FILED**

DEC 20 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-4 06 70688 WDB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER MODIFYING RELEASE CONDITIONS |
| FRED LEON WIGGINS, | ) | |
| Defendant. | ) | |

Fred Leon Wiggins presently is residing at Cornell Corrections' San Francisco facility. He is fully compliant with his release conditions.

Mr. Wiggins desires to spend the Christmas and New Year holidays with family and friends in Bay Point, California. The Court previously modified his release conditions to permit him to spend Thanksgiving at the same location. IT IS THEREFORE STIPULATED AND AGREED that Mr. Wiggins's release conditions be modified to permit him to leave Cornell Corrections on Sunday, December 24, 2006 and return to Cornell Corrections before noon on Tuesday, December 26, 2006. IT IS FURTHER STIPULATED AND AGREED that Mr. Wiggins may leave Cornell Corrections on Sunday, December 31, 2006 and return to Cornell

cc: WDB's Stats, Copies to parties via ECF,
STIP/ORD  Pretrial, Financial

Corrections before noon on Tuesday, January 2, 2007.  Mr. Wiggins shall reside at 2030 Weldon Lane, Bay Point, California, and shall abide by whatever other conditions Pretrial Services deems appropriate.

Dated: December 20, 2006

/S/
_____
GARTH HIRE
Assistant United States Attorney

Dated: December 15, 2006

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: December 20, 2006

/S/
_____
VICTORIA GIBSON
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed' signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that FRED LEON WIGGINS's release conditions be modified to permit him to leave Cornell Corrections on Sunday, December 24, 2006 and return to Cornell Corrections before noon on Tuesday, December 26, 2006.  Mr. Wiggins also may leave Cornell Corrections on Sunday, December 31, 2006 and return to Cornell Corrections before noon on Tuesday, January 2, 2007.  Mr. Wiggins shall reside at 2030 Weldon Lane, Bay Point, California, and shall abide by whatever other conditions Pretrial Services deems appropriate.

Dated: December 20, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                                            2