1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney

2

3   MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division

4   GARTH HIRE (CASBN 187330)
    Assistant United States Attorney

5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3929
7       Facsimile:  (510) 637-3724
        E-Mail:     Garth.Hire@usdoj.gov

8
    Attorneys for Plaintiff
9

**FILED**

MAR 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )   No. 4- 06-70688 WDB
                                        )
14          Plaintiff,                  )
                                        )   NOTICE OF DISMISSAL
15   v.                                 )
                                        )
16   FRED LEON WIGGINS,                 )
                                        )   (OAKLAND VENUE)
17          Defendant.                  )
                                        )
18   _____)

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20   United States Attorney for the Northern District of California dismisses the above criminal

21   complaint with prejudice and moves that the Court.

22   DATED: March 12, 2007                    Respectfully submitted,

23                                            SCOTT N. SCHOOLS
                                              United States Attorney
24

25                                            _____/s/_____
                                              GARTH HIRE
26                                            Assistant United States Attorney

27

28   cc: WDB's Stats, Copy to parties via ECF
     Pretrial, certified copy to Marshal

NOTICE OF DISMISSAL (CR 06-70688 WDB)



[PROPOSED] ORDER

Leave of Court is granted to the government to dismiss the above-captioned criminal complaint. It is further ordered that any bond be exonerated and that any supervision of defendant by pre-trial services be terminated.

Date: 3/13/07

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

2